HILDA GREENBERG, Appellant, *v.* MODERNAGE FURNITURE Co., INC., et al., Respondents.

Argued December 1, 1937; decided January 4, 1938.

*Samuel J. Sussman* and *Isadore Siegel* for appellant.

*Sol A. Hyman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.